No. 01–1757. STOGNER *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. [Certiorari granted, *ante*, p. 1043.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–102. LAWRENCE ET AL. *v.* TEXAS. Ct. App. Tex., 14th Dist. [Certiorari granted, *ante*, p. 1044.] Motion of Center for Marriage Law for leave to file a brief as *amicus curiae* granted.

No. 02–311. WIGGINS *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1027.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–428. DASTAR CORP. *v.* TWENTIETH CENTURY FOX FILM CORP. ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1099.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 02–479. MEDICAL BOARD OF CALIFORNIA *v.* HASON. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1028.] Motion of Lawrence C. Agee for leave to intervene denied.

No. 02–815. CITY OF SACRAMENTO, CALIFORNIA, ET AL. *v.* BARDEN ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–8965. IN RE SERIAN. Petition for writ of habeas corpus denied.

No. 02–1074. IN RE VEY. Petition for writ of mandamus and/or prohibition denied.

No. 02–8758. IN RE HOOK. Petition for writ of prohibition denied.

No. 02–811. GROH *v.* RAMIREZ ET AL. C. A. 9th Cir. Certiorari granted.